PROB 12B
(7/93)

# United States District Court



**FILED**
DISTRICT COURT OF GUAM

DEC 29 2006

MARY L.M. MORAN
CLERK OF COURT

for

*District of Guam*

### Report for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

| | |
|---|---|
| Name of Offender: **Doris Hernandez** | Case Number: **CR 99-00140-001** |

Name of Sentencing Judicial Officer:   Honorable John S. Unpingco

Date of Original Sentence:   December 19, 2000

Original Offense:   Conspiracy To Import Methamphetamine, in violation of 21 USC § 963

Original Sentence:   Seventy-one months imprisonment followed by sixty months supervised release with conditions that the defendant: not use or possess illegal controlled substances; submit to one urinalysis within 15 days and two more urinalyses within 60 days; participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse; perform 100 hours of community service; obtain and maintain gainful employment; abstain from the use of alcohol during the entire course of her term of supervised release; and pay a special assessment fee of $100.

Type of Supervision:   Supervised Release       Date Supervision Commenced:   April 10, 2004

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

1. Due to the defendant's medical status, the condition that she perform community service is removed.

2. Due to the defendant's medical status, the condition that she obtain and maintain gainful employment is removed.

ORIGINAL

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender

page 2

CAUSE

On April 10, 2004, Ms. Hernandez was released to the U.S. Probation Office in the District of South Carolina. On November 3, 2005, she was injured on her job at The Community Thrift Store in North Charleston, South Carolina. She has not been able to return to work and has been diagnosed as permanently and totally disabled. Based on Ms. Hernandez' medical status, the District of South Carolina is requesting modification of her conditions of supervised release. Attached is the Waiver of Hearing to modify Conditions of Probation/Supervised Release or Extend Term of Supervision (PROB 49) with Ms. Hernandez's consent to the modification.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 12/20/06

Respectfully submitted,

by: CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Date: 12/19/06

THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☑ The Modification of Conditions as Noted Above.

☐ Other

RECEIVED
DEC 27 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

12/28/06
Date

PROB 49
(3/89)


RECEIVED
DEC 18 2006
U.S. Probation Office
District of Guam

UNITED STATES DISTRICT COURT

Charleston Division, District of South Carolina

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. Due to the defendant's medical condition, we request that her community service condition be removed as she is permanently disabled.

2. Due to the defendant's medical condition, we request that her employment condition be removed as she is permanently disabled.

Witness: Katrina Robinson
U.S. Probation Officer

Signed: Doris Hernandez
Supervised Releasee

December 1, 2006
Date

(Form Revised in WP80 by D/SC-9/97)