# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Case No.: 99-00140-001 |
| | ) | |
| vs. | ) | **SPECIAL REPORT** |
| | ) | |
| DORIS QUENGA HERNANDEZ, | ) | |
| Defendant. | ) | |
| | ) | |

**Re:   Request for Early Termination from Supervised Release**

    Doris Quenga Hernandez was sentenced on December 19, 2000 by the Honorable John S. Unpingco for Conspiracy to Import Methamphetamine, in violation of 21 U.S.C. §§ 952(a), 960, and 963, and 18 U.S.C. § 2.  She received a sentence of 71 months imprisonment, followed by a five year term of supervised release with conditions to include that she not commit another federal, state, or local crime; not illegally possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm; comply with the standard conditions of supervision; participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency, which will include testing for the detection of substance use or abuse; perform 100 hours of community service; obtain and maintain gainful employment; abstain from the use of alcohol; and pay a $100 special assessment fee. **Conditions modified** on December 28, 2006 to include the removal of conditions to perform community service and obtain and maintain gainful employment, due to Ms. Hernandez's medical status.  Her term of supervised release commenced on April 9, 2004 and is scheduled to expire on April 8, 2009.

    Ms. Hernandez has complied with all conditions and instructions as required.  She completed her drug treatment program, has consistently tested negative on drug tests conducted to date, and paid her special assessment fee on August 7, 2002.  In addition, Ms. Hernandez receives supplemental security income (SSI) due to a back injury sustained in 2005.

SPECIFIC REPORT
Request for Early Termination from Probation
Re:   HERNANDEZ, Doris Quenga
USDC Cr. Cs. No.: 99-00140-001
May 22, 2008
Page 2

    In April 2004, Ms. Hernandez began her term of supervised release in the District of South Carolina.  In July 2004, supervision was transferred to the Middle District of Florida, and then transferred back to South Carolina.  In December 2006, supervision was transferred to the Western District of Oklahoma.  Mr. Hernandez has remained in Lawton, Oklahoma.  On April 11, 2008, U.S. Probation Officer Catherine Coss sent a letter requesting that Ms. Hernandez case be terminated due to significant efforts to comply with her supervision requirements and because she is no longer in need of supervision.  On April 9, 2008, she completed her fourth year of supervised release ordered by the Court. 1st Assistant United States Attorney Jeffrey Strand has no objections to the request.

    In light of the above information, this Officer respectfully requests early termination by the court, pursuant to Title 18 U.S.C. §3583(e)(1), as such action is warranted by Ms. Hernandez's compliance with her conditions of supervised release and is in the interest of justice.

    RESPECTFULLY submitted this 22nd day of May 2008.

    Respectfully submitted,

    ROSSANNA VILLAGOMEZ-AGUON
    Chief U.S. Probation Officer

By:   /s/ JOHN W. SAN NICOLAS II
    U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
  U.S. Probation Officer Specialist
  Supervision Unit Leader

cc:   AUSA
      Defense Counsel
      File

| PROB 35 (3/07) | **Report and Order Terminating Supervised Release Prior to Original Expiration Date** |

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.   CRIMINAL CASE NO.   99-00140-001

DORIS QUENGA HERNANDEZ

On April 9, 2004, Doris Quenga Hernandez began a five year term of supervised release. She has complied with the orders of the Court and the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that Ms. Hernandez be discharged from supervision.

Respectfully submitted,



/s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:



/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

cc:  AUSA
     Defense Counsel
     File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.