PROB 35 (3/07)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.   CRIMINAL CASE NO.   99-00140-001

DORIS QUENGA HERNANDEZ

On April 9, 2004, Doris Quenga Hernandez began a five year term of supervised release. She has complied with the orders of the Court and the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that Ms. Hernandez be discharged from supervision.

Respectfully submitted,



/s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:



/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

cc:   AUSA
 Defense Counsel
 File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: May 28, 2008